**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| WEI ZHENG, Petitioner, | ) | |
| -vs- | ) | NO. CIV-26-0834-HE |
| DAVID VENTURELLA, et al., Respondents. | ) | |

**ORDER**

On July 30, 2026, United States Magistrate Judge Amanda L. Maxfield issued a Report and Recommendation [Doc. #17], recommending petitioner's petition for writ of habeas corpus under 28 U.S.C. § 2241 be denied and this action be dismissed without prejudice. Additionally, she recommended that petitioner's motion to expedite [Doc. #16] be denied as moot.

Petitioner has objected to the Report and Recommendation. In accordance with 28 U.S.C. § 636(b)(1), the court has conducted a *de novo* review of the matter. The court concurs with the analysis of the magistrate judge. The court concludes petitioner's objections to that analysis are without merit. The court specifically declines to reconsider its prior determination regarding the allocation of the burden of proof in a 8 U.S.C. § 1226(a) bond hearing. *See* Pupo Socarras v. Figueroa, No. CIV-26-0571-HE, 2026 WL 2100499, at *1 (W.D. Okla. July 21, 2026); Singh v. Mullin, No. CIV-26-0712-HE, Order dated June 18, 2026, doc. #13 at 6.

Accordingly, the Report and Recommendation [Doc. #17] is **ADOPTED**. The petition for writ of habeas corpus under 28 U.S.C. § 2241 [Doc. #1] is **DENIED** and this action is **DISMISSED WITHOUT PREJUDICE**. Petitioner's motion to expedite [Doc. #16] is **DENIED as MOOT**. Further, petitioner's emergency motion for temporary restraining order [Doc. #4] is **DENIED as MOOT**.

A separate judgment will be entered.

**IT IS SO ORDERED**.

Dated this 12th day of August, 2026.

JOE HEATON
UNITED STATES DISTRICT JUDGE